# M|R MICHELMAN & ROBINSON, LLP
### ATTORNEYS AT LAW

**BRADLEY L. HENRY**
bhenry@mrllp.com

**New York Office**
800 Third Avenue
24th Floor
New York, NY 10022
**P** 212.730.7700  **F** 212.730.7725  www.mrllp.com

April 2, 2021

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   US v. Ashley Gomez, 1:19-cr-00880-RMB

Dear Judge Berman:

I write to request permission for Ms. Gomez to travel to visit her Grandmother for her Grandmother's birthday.

Ms. Gomez would depart New York for Longwood, FL on May 15 and return May 22. Her Grandmother suffers from Alzheimer's and Ms. Gomez would like to spend this time with her. Ms. Gomez will remain in contact with the probation office, provide the specific details of her travel (flight itinerary, lodging) and will be reachable on her cellphone as always.

Ms. Gomez will comply with applicable COVID-19 travel measures.

I have spoken to AUSA Michael Neff, and he has no objection to this request.

Thus, Ms. Gomez seeks permission to travel to Florida from May 15-22 to celebrate her Grandmother's birthday.

I thank the Court for its consideration of this application.

Sincerely,

**MICHELMAN & ROBINSON, LLP**

s/Bradley L. Henry

Bradley L. Henry

Application granted.

SO ORDERED:
Date: 4/5/21
Richard M. Berman, U.S.D.J.

Los Angeles   |   Orange County   |   San Francisco   |   Chicago   |   New York