UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
                                                                        :         19 Cr. 880-02 (RA)

UNITED STATES OF AMERICA,   :

                                                                         :             ORDER

                  -v-                 :

ASHLEY GOMEZ,                  :

                    Defendant.   :

------------------------------------------------- X

RONNIE ABRAMS, District Judge:

        In light of Ashley Gomez's acceptance into the Young Adult Opportunity Program and her and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to December 16, 2022.

Dated:        June 21, 2021
                 New York, New York

                                                              _____
                                                                    RONNIE ABRAMS
                                                           United States District Judge